UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *EX REL.* JOSEPH PIACENTILE,<br><br>Plaintiff,<br>v.<br><br>SANOFI SYNTHELABO, INC. and AVENTIS PHARMACEUTICALS, INC.,<br><br>Defendants. | Civ. Action No. 05-2927 (KSH)<br><br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court by way of a motion [D.E. 35] by defendants Sanofi Synthelabo, Inc. and Aventis Pharmaceuticals, Inc. to dismiss plaintiff Joseph Piacentile's Second Amended Complaint [D.E. 34]; and the Court having considered the parties' arguments and written submissions; and for the reasons stated in the Court's Opinion filed herewith,

**IT IS** on this 30th day of December, 2010,

**ORDERED** that Sanofi and Aventis's motion [D.E. 35] is **granted**, and Piacentile's Second Amended Complaint [D.E. 34] is **dismissed**.

/s/ Katharine S. Hayden

December 30, 2010                              Katharine S. Hayden, USDJ